JAMES F. SMITH, Attorney at Law
IMMIGRATION LAW CLINIC
University of California, Davis School of Law
400 Mrak Hall Drive
Davis, CA 95616-5201
Tel.:   (530) 752-6942
Fax:   (530) 752-0822
Email: jfsmith7@earthlink.net
Attorney for Respondent
JUAN CARLOS VALADEZ LOPEZ

Assisted by: Katie Dwight, Jonathan Elson

*E-FILED - 11/8/05*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ**, Petitioner,<br><br>v.<br><br>**MICHAEL CHERTOFF**, in his Official Capacity, Secretary of the Department of Homeland Security;<br>**ALBERTO R. GONZALES**, in his Official Capacity, Attorney General of the United States;<br>**NANCY ALCANTAR**, Field Office Director, San Francisco, CA, U.S. Immigration and Customs Enforcement, Detention and Removal Operations;<br>**LOU BLANAS,** Sheriff of Sacramento County, as Custodian;<br>Respondents.<br>_____/ | Docket No. C-05-4192 RMW<br><br>(Agency No.: A98-255-081)<br><br>**SCHEDULE, HEARING DATE, AND ORDER ON PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** |

Petitioner filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and

Injunctive Relief ("Petition") on October 17, 2005, challenging the legality of his detention by

the Department of Homeland Security ("DHS"), pursuant to 8 C.F.R. §1226(c). Petitioner currently remains in DHS custody.

Petitioner also filed a motion for temporary restraining order. Due to Petitioner's confinement, the parties have agreed to the following briefing schedule and hearing date on Petitioner's motion for a temporary restraining order, subject to the Court's approval:

| | |
|---|---|
| Petitioner's Points and Authorities in Support of Motion for TRO: | Oct. 26, 2005 |
| Respondent's Brief in Response to Petitioner's Motion: | Nov. 4, 2005 |
| Petitioner's Reply to the Respondent's Response: | Nov. 11, 2005 |
| Hearing on Petitioner's Motion for TRO or Preliminary Injunction: | Nov. 18, 2005 (9:00 a.m.) |

Respectfully submitted:

Dated:  October 26, 2005                                    /s/ James F. Smith
                                                            James F. Smith, Esq.
                                                            Attorney for Petitioner


Dated: October 26, 2005                                     /s/ Mark St. Angelo
                                                            Mark St. Angelo
                                                            Asst. US Attorney
                                                            Attorney for Respondents


**O R D E R**

Pursuant to Stipulation IT IS SO ORDERED.


Dated: 11/8/05                                              /S/ RONALD M. WHYTE
                                                            Hon. Ronald M. Whyte
                                                            United States District Judge


No. 05-4192 RMW.  Stipulation and Proposed Order
on Motion for Temporary Restraining Order                                                   2