JAMES F. SMITH, Attorney at Law
IMMIGRATION LAW CLINIC
University of California, Davis School of Law
1 Shields Avenue TB-30
Davis, CA 95616-8821
Tel.:   (530) 752-6942
Fax:   (530) 752-0822
Attorneys for Respondent
JUAN CARLOS VALADEZ LOPEZ

Assisted by: Katie Dwight, Jonathan Elson, Leena Kamat

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA**

*E-FILED - 11/17/05*

| | |
|---|---|
| **JUAN CARLOS VALADEZ LOPEZ**, | No. C-05-4192 RMW |
| Petitioner, | Agency No.: A98-255-081 |
| v. | **STIPULATION AND INTERIM ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| **MICHAEL CHERTOFF**, in his Official Capacity, Secretary of the Department of Homeland Security; et al., | |
| Respondents. _____/ | |

The parties to this action, through their attorneys of record, hereby stipulate and request that the Court enter the attached proposed order.

A portion of the relief sought by petitioner in this case is an order restraining respondents from (1) failing to properly medicate petitioner, and (2) failing to permit his transportation to the Yolo County Superior Court so that he may appear to pursue his motion to withdraw his plea of no contest.  Due to a miscommunication within the Department of Homeland Security, petitioner was not transported to the Yolo County Superior Court on November 14, 2005 as intended.  The hearing on petitioner's motion to withdraw his plea has therefore been rescheduled to November 21, 2005.  Petitioner's hearing before an Immigration Judge for petitioner's application for withholding of removal is scheduled for November 22, 2005.  Depending on the outcome of these two hearings, it is possible that some or all of the remaining issues in dispute in this case

//

1

may become moot.  In the interim, the parties stipulate and request the Court to enter the attached proposed order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  November 17, 2005 | IMMIGRATION LAW CLINIC<br>University of California, Davis School of Law |
|  | /s/ James F. Smith<br>JAMES F. SMITH<br>Attorney for Petitioner |
| DATED: November 17, 2005 | KEVIN V. RYAN<br>United States Attorney |
|  | /s/ Claire T. Cormier<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |

**ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT respondent officials are restrained from: (1) failing to properly medicate petitioner while he is under their detention, and (2) failing to permit his transportation to the Yolo County Superior Court so that he may appear to pursue his motion to withdraw his plea of no contest.

IT IS FURTHER ORDERED that the hearing on petitioner's Motion for Temporary Restraining Order is continued to December 2, 2005.  The parties are directed to advise the Court promptly if events in the Yolo County Superior Court and/or before the Immigration Judge moot any of the remaining issues in this case.

IT IS SO ORDERED.

Dated: 11/17/05                                            /S/ RONALD M. WHYTE
                                                                      Hon. Ronald M. Whyte
                                                                      United States District Judge

No. C-05-4192 RMW
*Stipulation and Interim Order re TRO*                                                                 2