| | |
|---|---|
| 1 | JAMES F. SMITH (CA SBN 41980) |
| | IMMIGRATION LAW CLINIC |
| 2 |    University of California, Davis School of Law |
| |    400 Mrak Hall Drive |
| 3 |    Davis, CA 95616-5201 |
| |    Telephone: 530-752-6942 |
| 4 | |
| | Attorney for Petitioner |
| 5 | |
| | KEVIN V. RYAN (CA SBN 118321) |
| 6 | United States Attorney |
| | Joann M. Swanson (CA SBN 88143) |
| 7 | Chief, Civil Division |
| | Mark St. Angelo (CA SBN 74045) |
| 8 | Assistant United States Attorney |
| |    150 Almaden Blvd., Suite 900 |
| 9 |    San Jose, CA 95113-2009 |
| |    Telephone: 408-535-5087 |
| 10 | |
| | Attorneys for Federal Respondents Michael Chertoff, |
| 11 |   Alberto R. Gonzales and Nancy Alcantar |
| 12 | JAMES RANDALL WOOD (CA SBN 151333) |
| | OFFICE OF THE COUNTY COUNSEL |
| 13 |    700 H Street, Suite 2650 |
| |    Sacramento, CA 95814 |
| 14 |    Telephone:  916-874-1346 |
| 15 | Attorneys for Respondent Lou Blanas |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 12/6/05*

| | | |
|---|---|---|
| JUAN CARLOS VALADEZ LOPEZ, | ) | No. C-05-4192 RMW |
| | ) | |
| Petitioner, | ) | **STIPULATION FOR DISMISSAL, AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, in his Official Capacity as Secretary of the Department of Homeland Security; et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED AND AGREED, between and among all parties to this action, by and through their respective undersigned attorneys, that this matter may and should be dismissed without

prejudice because this action has become moot.

Respectfully submitted,

| | |
|---|---|
| IMMIGRATION LAW CLINIC | KEVIN V. RYAN<br>United States Attorney |
| /s/ James Smith<br>James Smith<br>Attorney for Petitioner | /s/ Mark St. Angelo<br>Mark St. Angelo, Assistant U.S. Attorney<br>Attorney for Federal Respondents |
| Dated: December 1, 2005 | Dated:     1 December 05 |

OFFICE OF THE COUNTY COUNSEL
SACRAMENTO COUNTY


s/ James Randall Wood
James Randall Wood,
Attorneys for Respondent Lou Blanas

Dated:   12-1-05

****************************************************************************

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk of the Court is hereby directed to enter on the docket the dismissal without prejudice of this case.

Date: 12/6/05                                   /S/ RONALD M. WHYTE
                                                Hon. RONALD M. WHYTE
                                                United States District Judge