1  CARTER C. WHITE (CA SBN 164149)
   KING HALL CIVIL RIGHTS CLINIC
2  JAMES F. SMITH (CA SBN 41980)
   IMMIGRATION LAW CLINIC
3     University of California, Davis School of Law
      1 Shields Avenue, Bldg. TB-30
4     Davis, CA 95616-8821
      Telephone: 530-752-5440
5
   Attorney for Petitioner
6
   KEVIN V. RYAN (CA SBN 118321)
7  United States Attorney
   Joann M. Swanson (CA SBN 88143)
8  Chief, Civil Division
   Mark St. Angelo (CA SBN 74045)
9  Assistant United States Attorney
      150 Almaden Blvd., Suite 900
10    San Jose, CA 95113-2009
      Telephone: 408-535-5087
11
   Attorneys for Federal Respondents Michael Chertoff,
12    Alberto R. Gonzales and Nancy Alcantar

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN JOSE DIVISION**          *E-FILED - 2/6/06*

17  JUAN CARLOS VALADEZ LOPEZ,        )   **No. C-05-4192 RMW**
                                      )
18         Petitioner,                )   **STIPULATION TO ALLOW PETITIONER**
                                      )   **TO FILE AMENDED MOTION FOR**
19     v.                             )   **ATTORNEYS' FEES, AND**
                                      )   **ORDER**
20  MICHAEL CHERTOFF, in his Official )
    Capacity as Secretary of the Department of )
21  Homeland Security; et al.,        )
                                      )
22         Respondents.               )
    _____ )

23

24

25       IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner and the Federal

26  Respondents, by and through their respective undersigned attorneys, that the current Motion for Attorneys'

27  Fees should be taken off calendar and that Petitioner may have until Friday, February 17, 2006 to file an

28  amended Motion for Attorneys' Fees, at which time Petitioner shall schedule a hearing on that motion in

1  accordance with the requirements of the Civil Local Rules.

3  Respectfully submitted,

4  IMMIGRATION LAW CLINIC                          KEVIN V. RYAN
   KING HALL CIVIL RIGHTS CLINIC                   United States Attorney

7  /s/ Carter C. White                              /s/ Mark St. Angelo
   Carter C. White                                  Mark St. Angelo, Assistant U.S. Attorney
   Attorney for Petitioner                          Attorney for Federal Respondents

9  Dated: January 19, 2006                          Dated:   1/19/06

******************************************************************************

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   2/6/06                                     /S/ RONALD M. WHYTE
                                                   Hon. RONALD M. WHYTE
                                                   United States District Judge