**E-FILED on** 1/14/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS VALADEZ-LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF; ALBERTO GONZALES; NANCY ALCANTAR; LOU BLANAS,<br><br>Respondent | No. C-05-04192 RMW<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 32]** |

Petitioner Juan Carlos Valadez-Lopez was awarded $16,145 in attorney's fees by order of the court dated July 16, 2007. Petitioner's counsel asks the court to increase that fee award to $18,348 by adjusting the rate it awarded for attorney's time for cost of living.

Although petitioner's counsel originally sought $74,307.00 based on 425.8 hours of work (168.5 hours for 3 attorneys; 257.3 hours for 4 law students), the court took into account the limited success achieved and determined that petitioner's counsel was entitled to recover for 40% of the hours originally claimed. The court declined to apply an enhanced hourly rate under 28 U.S.C. § 2412(d)(2)(A), which sets the maximum rate for attorney's fees under the Equal Access to Justice Act at $125 per hour "unless the court determines that an increase in the cost of living or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a

higher fee." The court found that an enhanced hourly rate was not warranted on the basis of distinctive knowledge or specialized skill. It did not expressly rule, however, on the application of a cost of living increase to the attorney's fee request. Petitioner's counsel asks the court to consider awarding it a cost of living enhancement for all rates sought by petitioner's three attorneys.[1]

Although it did not so state, the court declined to award a cost of living enhancement in lieu of further reducing the number of hours claimed by the law students. Petitioner's counsel originally sought compensation for a total of 425.8 hours, of which 257.3 hours was for law student work. The court found the hours claimed for law student work to be extremely high and considered reducing the amount to 200 hours, but opted instead to forego applying a cost of living enhancement.

The court finds its previous award of costs and fees to be more than fair in this matter and thus declines to reconsider the amount of attorney's fees previously awarded.

DATED: 12/20/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The part of the court's attorney's fees award attributable to attorney time was $8,425. Applying the cost of living increase to the attorney rates would result in compensation of $10,628 for attorney time for a total increase of $2,209.

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

James Frank Smith	jfsmith7@earthlink.net
Carter White	ccwhite@ucdavis.edu

**Counsel for Respondents:**

Edward A. Olsen	edward.olsen@usdoj.gov
James Randall Wood	woodj@saccounty.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/14/08	/s/ MAG
	**Chambers of Judge Whyte**